# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA



UNITED STATES OF AMERICA,

              Plaintiff,

vs.

JOSE JORGE TEODOROVICH-LOPEZ [1],

              Defendant.

CASE NO. 13cr3041-BTM

**JUDGMENT OF DISMISSAL**

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Indictment/Information:

21 USC 952 AND 960 - IMPORTATION OF METHAMPHETAMINE

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: SEPTEMBER, 20, 2013

                                       Barry Ted Moskowitz
                                       U.S. District Judge